JUDE C. COOPER, ESQ.
California Bar Number 213552
BECKER & POLIAKOFF, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 221-2814
E-Mail: JCooper@beckerlawyers.com

*Counsel for Plaintiff,*
*MEDICAL DEVICE PARTNERS, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| MEDICAL DEVICE PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NuEYES TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Case No.: _____<br><br><br>**COMPLAINT** |

Comes now Plaintiff, MEDICAL DEVICE PARTNERS, LLC, by and through undersigned counsel, and files this Complaint for Damages against the Defendant, NuEYES TECHNOLOGIES, INC., and in support thereof, states as follows:

### PARTIES, JURISDICTION, & VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the matter involves citizens of different states, and the action involves an amount in controversy exceeding $75,000.00, exclusive of attorney fees and costs.

2. Plaintiff, Medical Device Partners, LLC, is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Boca Raton, Florida.

---

COMPLAINT

14973997v.1

3. Defendant, NuEyes Technologies, Inc., is a corporation organized and existing under the laws of the State of California, with its principal place of business in Seal Beach, California.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as a substantial portion of the acts giving rise to this Complaint occurred in Orange County, California, including but not limited to the fact that Defendant executed at least two promissory notes in Orange County, California, in favor of Plaintiff.

**FACTUAL BACKGROUND**

5. In 2017, Defendant and representatives related to Plaintiff engaged in negotiations whereby Defendant would receive up to $2,000,000.00 in financing in exchange for Defendant offering Plaintiff's representatives purchase warrants, entitling the warrant-holders to purchase up to 12 percent of the Defendant company at the time of exercise.

6. The negotiations resulted in part in Defendant executing, on or about December 4, 2017, a Promissory Note in favor of Plaintiff in the principal amount of $150,000.00.

7. Defendant defaulted under the 2017 Promissory Note by failing to pay as required; the Defendant failed to make any payment due under the 2017 Promissory Note.

9. As a result of Defendant's default, Plaintiff was entitled to payment of the principal amount, plus interest and expenses. Instead, the parties negotiated a modification of Defendant's obligations; the modification was memorialized on or about May 31, 2019, when Plaintiff and Defendant executed a Secured Promissory Note for the principal amount of $211,012.00, said amount accruing interest at 10 percent per annum. A copy of the Secured Promissory Note is attached hereto as Exhibit A and incorporated herein by reference.

14973997v.1

10. Under the terms of the Secured Promissory Note, Defendant confirmed the principal amount due and owing; further, Paragraph 2 of the Secured Promissory Note provides in relevant part as follows:

> Beginning on July 1, 2019, and continuing on the last Business Day of each month thereafter until June 30, 2021, Borrowers will repay the Note and any accrued but unpaid interest in consecutive monthly installments equal to 1/24 of the principal amount of the Note outstanding on May 31, 2019.

11. Paragraph 10 of the Secured Promissory Note provides in relevant part as follows:

> Except to the extent otherwise provided by the Note Documents or prohibited by law, Borrower and each other person liable under this Note waives presentment, protest, notice of dishonor, demand for payment, notice of intention to accelerate maturity, notice of acceleration of maturity, notice of sale and all other notices of any kind.

12. In addition, as further consideration for Plaintiff agreeing to modify Defendant's debt obligations, Defendant, on or about May 31, 2019, executed a Stock Purchase Warrant, pursuant to which Defendant issued to Medical Device Partners IV, LLC, an entity related to Plaintiff, the option to purchase a specified number of shares equal to 2.5% of the Defendant company's capital stock, on a fully-diluted basis, measured on the date of the exercise of the warrant. A copy of the Stock Purchase Warrant is attached hereto as Exhibit B and incorporated herein by reference.

13. Defendant has defaulted in its payments due under Secured Promissory Note. More specifically, Defendant has not tendered a single payment due Plaintiff under the terms of the Note.

14. Plaintiff has engaged the services of undersigned counsel and agreed to pay counsel a reasonable fee for their services. Plaintiff demands payment of attorney fees and costs pursuant to Paragraph 7 of the Secured Promissory Note.

15. Plaintiff has performed all conditions precedent to this action, or said conditions have been excused or waived.

14973997v.1

**FIRST CAUSE OF ACTION**

**Breach of Promissory Note**

16. Plaintiff repeats and realleges each of the allegations above identified as Paragraphs 1 through 15 of this Complaint, as though fully set forth herein.

17. This is an action for breach of the Secured Promissory Note.

18. Defendant executed the Secured Promissory Note, which is a binding, enforceable contract. *See* Ex. A, attached hereto.

19. Plaintiff performed all of its obligations under the Secured Promissory Note.

20. Defendant has defaulted on the terms of the Secured Promissory Note by failing and refusing to make payments due as required.

21. In defaulting on the terms of the Secured Promissory Note, Defendant has breached the contract.

22. As of the date of this Complaint, the principal amount due and owing is $211,012.00, plus accrued interest, costs, late charges, and attorney fees.

23. Plaintiff holds the original Note.

24. As a result of Defendant's breach of the Secured Promissory Note, Plaintiff has sustained damages in excess of $75,000.00, and in an amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, MEDICAL DEVICE PARTNERS, LLC, demands judgment against Defendant, NuEYES TECHNOLOGIES, INC., for all principal, interest, and late charges costs due under the Secured Promissory Note; attorney fees and costs pursuant to Paragraph 7 of the Secured Promissory Note; and such other and further relief as this Court deems proper.

14973997v.1

Dated: April 2, 2021					BECKER & POLIAKOFF, P.A.

By: _____
    Jude C. Cooper, Esq.
    Attorneys for Plaintiff
    MEDICAL DEVICE PARTNERS, LLC

14973997v.1