JUDE C. COOPER, ESQ.
California Bar Number 213552
BECKER & POLIAKOFF, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 221-2814
E-Mail: JCooper@beckerlawyers.com

*Counsel for Plaintiff,*
*MEDICAL DEVICE PARTNERS, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| MEDICAL DEVICE PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NuEYES TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Case No.: 8:21-cv-00639-JVS-DFM<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff, Medical Device Partners, LLC, certifies that the following interested parties have a direct, pecuniary interest in the outcome of this case:

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION & INTEREST |
|---|---|
| 1.   Medical Device Partners, LLC | Plaintiff |
| 2.   Jeff Sacher | Shareholder of Plaintiff |

| | | |
|---|---|---|
| 3. | Ronald Sacher | Shareholder of Plaintiff |
| 4. | Frank Tedesco | Shareholder of Plaintiff |
| 5. | NuEyes Technologies, Inc. | Defendant |

Dated: April 7, 2021                                    BECKER & POLIAKOFF, P.A.


By:  */s/ Jude C. Cooper*
       Jude C. Cooper
       Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.

On April 7, 2021, I filed and served the foregoing:

Plaintiff's Notice of Interested Parties

On the interested parties of record in the action, as follows:

NuEyes Technologies, Inc.
c/o its Registered Agent
Mark Robert Greget
120 Newport Center Drive, # 232
Newport Beach, CA 92660

[ X ] BY CM/ECF:
I hereby certify that I electronically filed the foregoing with the United States District Court, Central District of California, by using the CM/ECF System.

[X] By U.S. Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. The copy of the above-referenced pleading was sent to my office at 1 East Broward Blvd., Suite 1800, Fort Lauderdale, FL 33301, and was issued by U.S. Mail from that location. Under that practice, it would deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

Executed on April 7, 2021 at Los Angeles, California.

I declare under penalty of perjury of the laws of the State of California and United States of America that the foregoing is true and correct.

*/s/ Jude C. Cooper*
Jude C. Cooper

.