# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| MEDICAL DEVICE PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NuEYES TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Case No.: 8:21-cv-00639-JVS-DFM<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Final Default Judgment dated November 17, 2021 (Document 21), it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff, MEDICAL DEVICE PARTNERS, LLC, shall recover from Defendant, NuEYES TECHNOLOGIES, INC., the sum of $266,149.66, with post-judgment interest applied thereon at the rate provided by law until paid in full.

IT IS SO ORDERED.

Dated: December 25, 2021

_____
HON. JAMES V. SELNA
U.S. DISTRICT JUDGE

FINAL JUDGMENT